# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* § § § | |
| **v.** § | Case No. 1:21-CR-68-LY-2 |
| **SUNI WYNN ROGERS (2),** *Defendant* § § § | |

## O R D E R

Now before the Court is Defendant Roger's Unopposed Motion to Allow Withdrawal and Appointment of New Counsel, filed under seal on May 13, 2021 (Dkt. 123). The District Court referred the motion to the undersigned Magistrate Judge for resolution. Dkt. 124.

Defendant seeks an order permitting her counsel to withdraw and to appoint new counsel. The Government is unopposed to the motion.

Having considered the motion, the undersigned finds that there is good cause to grant the motion and permit the counsel to withdraw, and that Defendant has received notice. **IT IS THEREFORE ORDERED** that Laurie L. York is hereby **WITHDRAWN** as Defendant's counsel of record.

Consistent with the Court's Order Regarding Financial Status, **IT IS FURTHER ORDERED** that **Carly Elizabeth Barton #24086063** is hereby **APPOINTED** to represent Defendant.

**SIGNED** on May 17, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE