PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TEXAS

U.S.A. vs. Suni Wynn Rogers                                   Docket No. 1:21-CR-00068-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Kyona Stubbs                              , pretrial services officer, presenting an
official report upon the conduct of defendant      Suni Wynn Rogers                              ,
who was placed under pretrial release supervision by the  U.S. Magistrate Judge Susan Hightower      ,
sitting in the court at  Western District of Texas-Austin Division      on the 8th    date of April    , 2021
under the following conditions:

(7)(m) Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(7)(n) Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 26, 2021, the defendant submitted a urinalysis that was positive for amphetamines. Confirmation results were not requested.

On August 31, 2021, the defendant submitted a urinalysis that was presumptively positive for amphetamines. The defendant denied use of amphetamines. The results were sent for confirmation testing, and results confirmed positive for methamphetamine.

The defendant failed to report for her urinalysis on September 13, 2021. Pretrial Services contacted the defendant, and she reported for drug testing on September 20, 2021. The results of this specimen returned diluted.

On September 23, 2021, the defendant submitted a diluted urinalysis.

On September 28, 2021, the defendant submitted a urinalysis which returned positive results for amphetamines and MDMA (Ecstasy). On October 13, 2021, the defendant was confronted with these results for which she denied use. Confirmation testing has been requested and the results are pending.

The U.S. Attorney's office has been advised of these violations and concurs with the proposed course of action at this time.

PRAYING THAT THE COURT WILL ORDER  a warrant be issued for the defendant's arrest and she be brought before the court to show cause why her bond should not be revoked.

PS 8
(Rev. 12/04)

Page 2

Suni Wynn Rogers
Case #:21CR00068-2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/14/2021

ORDER OF COURT

Considered and ordered this ___14th___ day of

___October___, ___2021___ and ordered filed

and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

_____
U.S. Pretrial Services Officer      Phone Number      | +1 (512) 391-8779 |

_____
Supervisory
U.S. Pretrial Services Officer      Phone Number      | +1 (210) 818-7861 |

Place

U.S. Pretrial Services Office
727 E. Cesar Chavez, Blvd., Ste. 636
San Antonio, Texas 78206